# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANTEL MORRIS,** <br> Plaintiff, <br><br> v. <br><br> **SUGARHOUSE HSP GAMING, L.P.,** <br> Defendant. | **CIVIL ACTION** <br><br><br><br><br> **NO. 24CV1916** |

## ORDER

**AND NOW**, this 19th day of May, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF Nos. 14 & 15) and Plaintiff's response thereto (ECF No. 16), **IT IS HEREBY ORDERED** that Summary Judgment is **GRANTED** in Defendant's favor.

The Clerk of Court is **DIRECTED** to **TERMINATE** this matter and mark it as **CLOSED**.

BY THE COURT:


S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**